UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
SCREEN ACTORS GUILD - AMERICAN :
FEDERATION OF TELEVISION AND RADIO :
ARTISTS, NEW YORK LOCAL :
:
                       Plaintiff, :    Civil No.  21/4972
:
           -v- :
:
NEW YORK PUBLIC RADIO :
:
                     Defendant. :
------------------------------------------------------------------------x

**EXHIBIT B TO COMPLAINT TO COMPEL ARBITRATION**



May 5, 2021

VIA E-MAIL (MJefferson@nypublicradio.org)
Monique Jefferson
Chief Human Resources Officer
New York Public Radio
160 Varick Street, 7th Floor
New York, NY 10013

**Subject: Grievance regarding WNYC's Failure to Pay Severance Pay to Fred Mogul**

Dear Ms. Jefferson,

Pursuant to Article XXI of the 2018-2022 SAG-AFTRA/WNYC collective bargaining agreement ("CBA"), please accept this letter as a written grievance of WNYC's failure to pay required Severance Pay to Fred Mogul. Without prejudice to any other outstanding SAG-AFTRA grievances related to Mogul or SAG-AFTRA's position regarding the proper remedy in those cases, SAG-AFTRA demands that as a remedy for this grievance WNYC pay Mogul Severance Pay pursuant to Article XXIII of the CBA.

Please advise of your availability for a grievance meeting over this issue

Sincerely,

**Joshua Mendelsohn**
**Senior Labor Counsel, News and Broadcast**


CC: Richard Larkin (Richard.Larkin@sagaftra.org)
Janna Freed (Jfreed@nypublicradio.org)
Edward Lieber (Lieber@kmm.com)