UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------------x
                                                  :
SCREEN ACTORS GUILD - AMERICAN                    :
FEDERATION OF TELEVISION AND RADIO                :
ARTISTS, NEW YORK LOCAL                           :
                                                  :
                        Plaintiff,                :    Civil No.   21/4972
                                                  :
            -v-                                   :
                                                  :
NEW YORK PUBLIC RADIO                             :
                                                  :
                        Defendant.                :
------------------------------------------------------------------------x
```

**EXHIBIT C TO COMPLAINT TO COMPEL ARBITRATION**



Joshua Mendelsohn <joshua.mendelsohn@sagaftra.org>

## Grievance Regarding Failure to Pay Severance to Fred Mogul

**Lieber, Edward** <lieber@kmm.com>  Fri, May 14, 2021 at 2:00 PM
To: Joshua Mendelsohn <joshua.mendelsohn@sagaftra.org>, "mjefferson@nypublicradio.org" <mjefferson@nypublicradio.org>
Cc: Richard Larkin <richard.larkin@sagaftra.org>, "Jfreed@nypublicradio.org" <jfreed@nypublicradio.org>

Josh –

The CBA clearly provides that terminations of Reporter II's are not subject to the grievance or arbitration process. Since the issues you have raised are not subject to grievance or arbitration, we do not intend to participate in a grievance process.

Eddie

Edward B. Lieber



Kauff McGuire & Margolis LLP | Attorneys & Counselors at Law
950 Third Avenue 14th Floor, New York, NY 10022
T: 212.909.0720 | M: 917.544.8972 | F: 212.909.3520 | lieber@kmm.com | www.kmm.com

This message and any attachments contain information from the law firm Kauff McGuire & Margolis LLP and may contain information that is CONFIDENTIAL or legally protected under attorney work product, attorney-client communication, joint defense, or another recognized privilege. This message is intended only for the addressee(s) named above; if you are not an intended recipient, please inform me by reply and delete all copies of this message.

**From:** Joshua Mendelsohn <joshua.mendelsohn@sagaftra.org>
**Sent:** Thursday, May 13, 2021 12:48 PM
**To:** mjefferson@nypublicradio.org <mjefferson@nypublicradio.org>
**Cc:** Richard Larkin <richard.larkin@sagaftra.org>; Lieber, Edward <lieber@kmm.com>; Jfreed@nypublicradio.org <Jfreed@nypublicradio.org>
**Subject:** Re: Grievance Regarding Failure to Pay Severance to Fred Mogul

Hi everyone - Following up on our demand for a meeting for this grievance. Please advise ASAP.

Thanks
Josh

On Wed, May 5, 2021 at 3:19 PM Joshua Mendelsohn <joshua.mendelsohn@sagaftra.org> wrote:
> Hello everyone,
>
> Please see the attached grievance.
>
> Thank you
> Josh