UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
SCREEN ACTORS GUILD - AMERICAN :
FEDERATION OF TELEVISION AND RADIO :
ARTISTS, NEW YORK LOCAL :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiff,　　　　　　　　　: Civil No. 21/4972
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　-v-　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
NEW YORK PUBLIC RADIO :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendant.　　　　　　　　:
------------------------------------------------------------------------x


**EXHIBIT F TO COMPLAINT TO COMPEL ARBITRATION**

**AMERICAN ARBITRATION ASSOCIATION®**

**LABOR ARBITRATION RULES
DEMAND FOR ARBITRATION**

| | |
|---|---|
| Date: May 18, 2021 | |

Name of Filing Party: Screen Actors Guild - American Federation of Television and Radio Artists (SAG-AFTRA)

Check applicable box: Filing Party is ☒ Union or ☐ Employer

Address: 1900 Broadway, 5th Floor

| City: New York | State: New York | Zip Code: 10023 |
|---|---|---|
| Telephone: 2128634292 | Fax No.: | |
| Cell Phone: | | |

Email Address: Joshua.Mendelsohn@sagaftra.org

Name of Filing Party's Representative:

Name of Firm (if applicable):

Representative's Address:

| City: | State: Select... | Zip Code: |
|---|---|---|
| Telephone: | Fax No.: | |
| Cell Phone: | | |

Email Address:

Additional Email(s) to be Copied on Correspondence:
Becky.Hayes@sagaftra.org, Richard.Larkin@sagaftra.org

AAA Should Communicate With Me By: ☒ Email ☐ Fax ☐ Mail

The filing party, a party to a Collective Bargaining Agreement dated July 1, 2018, which provides for arbitration under the Labor Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Nature of Grievance: ☒ Discharge ☐ Suspension ☐ Other Discipline ☒ Contract Interpretation ☐ Other

Describe:
Termination of Fred Mogul, Failure to pay Severance, abrogation and refusal to abide by grievance process.

Requested: ☒ Full Administration ☐ List with Appointment ☐ List Only

Remedy Sought:
Reinstatement of Mogul and Back Pay plus interest or in the alternative full severance payments plus interest. Affirmative order obligating WNYC to comply with grievance process. Any and all other remedial payments or orders.

12/2017

**AMERICAN ARBITRATION ASSOCIATION®**

**LABOR ARBITRATION RULES
DEMAND FOR ARBITRATION**

| |
|---|
| Name of Grievant(s) (if applicable):<br>Fred Mogul |
| The filing party requests that hearings be held at the following location:  New York, NY |
| You are hereby notified that copies of our arbitration agreement and this demand are being filed with the American Arbitration Association office located in  New York, NY            , with a request that it commence administration of the arbitration. Under the rules, you may file an answering statement within ten (10) days after notice from the AAA. |
| Name of Respondent: New York Public Radio<br>Check applicable box: Respondent is  ☐ Union or  ☑ Employer |
| Contact Person: Monique Jefferson |
| Address: 160 Varick Street |

| City: New York | State: New York | Zip Code: 10023 |
|---|---|---|
| Telephone: 646-829-4102 | Fax No.: | |

| |
|---|
| Email Address: MJefferson@nypublicradio.org |
| Name of Respondent's Representative (if known): Edward Lieber |
| Name of Firm (if applicable): Kauff, McGuire & Margolis, LLP |
| Representative's Address: 950 Third Avenue 14th Floor, New York, NY 10022 |

| City: New York | State: New York | Zip Code: 10022 |
|---|---|---|
| Telephone: 212.909.0720 | Fax No.: | |

| |
|---|
| Email Address: Lieber@Kmm.com |
| *AAA Customer Service can be reached at 800-778-7879.* |
| **Reminders:** Send a copy of this form to the other side at the time it is forwarded to the AAA. Please reference appropriate fees pursuant to the fee schedule outlined in the Labor Rules. You can file your case online by visiting the AAA's website at **www.adr.org**. Please select "AAA Webfile" from the list of side menu options. *You may also wish to visit our website for a complete list of our administrative services and procedures, including our Grievance Mediation Procedures, Expedited Procedures, List Only Service and List with Appointment. Your case manager can also provide additional information.* |