# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-7822
wbutler@jonesday.com

January 4, 2022

VIA ECF

The Honorable Colleen McMahon
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Screen Actors Guild – American Federation of Television and Radio Artists, New York Local v. New York Public Radio*
             Case No. 1:21-cv-04972-CM-RWL [rel. 1:21-cv-5882]

Dear Judge McMahon:

      We represent Defendant New York Public Radio in the above-referenced matter, and write on behalf of both parties. The parties have reached a global settlement that will resolve this case and other matters between them, including an unfair labor practice charge before Region 2 of the National Labor Relations Board, Case No. 02-CA-2877758 ("Charge"), which raised related issues regarding the parties' collective bargaining agreement.

      The parties' global resolution – which covers their settlement of the instant case – cannot take effect until the Regional Director of NLRB Region 2 approves the settlement and withdrawal of the Charge. *See* NLRB Casehandling Manual (Part One), § 10140.1 (providing that "any withdrawal request based upon [non-Board settlements] will be subject to the Regional Director's approval").

      For this reason, the parties write to request a stay of this matter pending the Regional Director's approval of the withdrawal of the Charge. In the alternative, if the Court will not stay this case, the parties request a one-month extension of all future case deadlines.[1]

---

[1] Specifically, the parties request that the their deadline to submit additional authority pursuant to the Court's November 9, 2021 Order (ECF No. 28) be extended from January 7, 2022 to February 7, 2022; the deadline to exchange initial disclosure be extended from January 28, 2022 to February 28, 2022; the close of discovery be extended to July 25, 2022; and the deadline to submit the Pretrial Order be extended to August 8, 2022.

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

The Honorable Colleen McMahon, United States District Judge
January 4, 2022
Page 2

This is each party's fourth extension request:

- On August 12, 2021, the Court granted the parties' letter request to extend Defendant's deadline to reply in support of its motion to dismiss and Plaintiff's deadline to reply in support of its cross-motion to compel arbitration (ECF No. 25);

- On November 12, 2021, the Court granted the parties' letter request for an extension of their deadlines to submit additional authority in response to the Court's November 9, 2021 Order and to exchange initial disclosures (ECF No. 26); and

- On December 3, 2021, the Court granted the parties' letter request for an additional extension of the same deadlines referenced in the parties' November 12, 2021 request (ECF No. 38).

Respectfully submitted,

*/s/ Wendy C. Butler*

Wendy C. Butler

cc: Olivia Singer
    Susan Davis
    Megan Shaw